No. 678, Misc. LIPSCOMB *v.* UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF MISSOURI. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for respondent.

No. 681, Misc. FOWLER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 686, Misc. ZENGER *v.* EAGER, NEW YORK STATE JUDGE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 689, Misc. GOYNES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 696, Misc. SMITH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 697, Misc. ADAMS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John H. Pickering* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 703, Misc. JONES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.